**Motion Granted; Order filed August 23, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00709-CV

## GLEN GRAVES, Appellant

## V.

## JERRY L. STARKEY, TBDL, L.P., AND PBW DEVELOPMENT CORPORATION, Appellees

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09-CV-0620**

## O R D E R

On July 6, 2012, Jerry L. Starkey, TBDL, L.P., and PBW Development Corporation filed a notice of appeal from the amended final judgment signed April 11, 2012, and the appeal was assigned to this court under our appellate number 14-12-00633-CV. On August 2, 2012, Glen Graves filed a notice of cross-appeal from the trial court's order signed July 13, 2012, granting a motion to modify filed by Jerry L. Starkey, TBDL, L.P., and PBW Development Corporation, which was assigned to this court under our appellate number 14-12-00709-CV.

On August 13, 2012, Glen Graves filed an unopposed motion to consolidate the appeals. The motion is granted and the court consolidates the two above-referenced causes for all purposes. The issues, records, and documents filed in cause number 14-12-00709-CV are consolidated into cause number 14-12-00633-CV. The consolidated appeal shall proceed under appeal number 14-12-00633-CV. Appellate deadlines will run from the date that the record in appeal number 14-12-00709–CV is complete. The parties should confer on an appropriate briefing schedule.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.